PROB 12C
(6/16)

Report Date: July 23, 2020

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Daniel Bacon          Case Number: 0980 2:11CR00002-RMP-1

Address of Offender:                          Washington 99005

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 26, 2011
Date of Resentence: September 4, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 115 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence: | Prison - 115 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Pat Cashman | Date Supervision Commenced: February 18, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 17, 2023 |

### PETITIONING THE COURT

To issue **a warrant**.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 21, 2020, Mr. Bacon was in direct violation of mandatory condition number 2 by being indicted on new federal charges (2:20CR00084), which lists five counts of drug distribution.<br><br>On February 18, 2020, Mr. Bacon was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood his conditions in full.<br><br>On July 22, 2020, the undersigned officer became aware the Drug Enforcement Administration (DEA) had evidence to arrest Mr. Bacon on five counts of drug distribution charges. |

Prob12C
**Re: Bacon, James Daniel**
**July 23, 2020**
Page 2

On July 22, 2020, DEA agents arrested Mr. Bacon outside of a residence in north Spokane and he is currently being held in the Spokane County Jail on the new charges.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/23/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/23/2020
Date