PROB 12C
(6/16)

Report Date: June 23, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2023

SEAN F. McAVOY, CLERK

### Revised Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Daniel Bacon    Case Number: 0980 2:11CR00002-RMP-1

Address of Offender: ███████████████████████ Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 26, 2011

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 115 months       Type of Supervision: Supervised Release
                     TSR - 36 months

Resentenced:         Prison - 115 months
(September 4, 2012)  TSR - 36 months

Asst. U.S. Attorney: Patrick J. Cashman        Date Supervision Commenced: February 18, 2020

Defense Attorney:    Colin G. Prince           Date Supervision Expires: February 17, 2023

### PETITIONING THE COURT

To issue a warrant.

**Please Note:** The purpose of this petition is to reflect updated information regarding violation number 1, which was originally filed by the Court on July 23, 2020.

On February 18, 2020, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), on or about July 22, 2020. |
| | On July 21, 2020, a grand jury for the Eastern District of Washington returned an indictment charging the offender with five counts of drug distribution, in case number 2:20CR00084-RMP-1. In response, the Court issued a warrant for his arrest. |

Prob12C
Re: Bacon, James Daniel
June 23, 2023
Page 2

On July 22, 2020, Mr. Bacon was arrested on the outstanding warrant and he has remained in custody since that time.

On August 18, 2020, a superseding indictment was filed in the Eastern District of Washington. In addition to the five counts listed in the original indictment, the offender was charged with a further count of drug distribution, as well as felon in possession of a firearm and ammunition and felon in possession of explosive material.

On April 12, 2023, Mr. Bacon pled guilty to count 6 of the superseding indictment, Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). He is currently scheduled to appear before the Court for sentencing on July 11, 2023.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 23, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   Other   Defendant already is in custody.

Rosanna Malouf Peterson

Signature of Judicial Officer
6/26/2023

Date